Peter K. Michael
Attorney General

Daniel E. White
Deputy Attorney General

Jesse B. Naiman [WSB No. 7-5516]
Assistant Attorney General
Wyoming Attorney General's Office
2320 Capitol Avenue
Cheyenne, Wyoming 82002
(307) 777-5547
(307) 777-8920 Facsimile
jesse.naiman@wyo.gov

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA, LINCOLN DIVISION

| | |
|---|---|
| LISA NELSON, personally and as assignee of claims belonging to the Shanandoah Trust, H. Telford personally and as assignee to the claims of Marti Lundahl, <br><br> Plaintiff, <br><br> vs. <br><br> MOUNTAIN WEST FARM BUREAU MUTUAL INSURANCE COMPANY; JEFFREY A. DONNELL; GEORGE E. POWERS; LAW OFFICES OF SUNDAHL, POWERS, KAPP & MARTIN, D. CHRISTINSEN, U.S. POSTAL EMPLOYEES SUSAN AUKEMA AND PAMELLA GEE, <br><br> Defendants. | Case No. 8:16-CV-368 |

## ENTRY OF APPEARANCE

Jesse B. Naiman appears on behalf of Judge Jeffrey A. Donnell.

**DATED** this 5th day of August, 2016.

/s/ *Jesse B. Naiman*
Jesse B. Naiman, WSB No. 7-5516
Assistant Attorney General

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing was served on the 5th day of August, 2016, to the following individuals:

Lisa Nelson [✓] Mail
229 N. Pine Street
Gordon, NE 69343

Marti Lundahl and H. Lundahl Telford [✓] Mail
935 Wilderness Trail
Green River, WY 82935

/s/ *Heather L. Hunter*
Heather L. Hunter
Office of the Wyoming Attorney General