# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA, LINCOLN DIVISION

| | | |
|---|---|---|
| LISA NELSON, personally and as assignee of claims belonging to the Shanandoah Trust, H. Telford personally and as assignee to the claims of Marti Lundahl, | ) ) ) ) ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | Case No. 8:16-CV-368 |
| MOUNTAIN WEST FARM BUREAU MUTUAL INSURANCE COMPANY; JEFFREY A. DONNELL; GEORGE E. POWERS; LAW OFFICES OF SUNDAHL, POWERS, KAPP & MARTIN, D. CHRISTINSEN, U.S. POSTAL EMPLOYEES SUSAN AUKEMA AND PAMELLA GEE, | ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

## EXHIBIT LIST FOR MOTION TO REMAND

**Ex. No.**      **Description**                                                                                  **Pages**

Exhibit A:   Service Return Form                                                                        1 page