**SERVICE RETURN**   Doc. No. 49995

Madison District Court
PO Box 249
Madison    NE 68748

To:
Case ID: CI 16  262 Nelson v. Mountain West Farm Bureau Mutu

Received this Summons on _____, _____. I hereby certify that on

_____, _____ at _____ o'clock __M. I served copies of the Summons upon the party:

_____

by _____

_____

as required by Nebraska state law.

Service and return  $ _____
Copy             _____
Mileage ___ miles  _____
TOTAL          $ _____

Date: _____  BY: _____
                    (Sheriff or authorized person)

**FILED**
8:37 A.M. _____ P.M.
JUL 25 2016
IN DISTRICT COURT OF
MADISON COUNTY NEBR.

### CERTIFIED MAIL
### PROOF OF SERVICE

Copies of the Summons were mailed by certified mail,
TO THE PARTY: JEFFREY A Donnell, Albany County District Judge
At the following address: Albany County District Court
525 Grand Ave #305
Laramie, WY 82070

on the 8th day of July 2016, as required by Nebraska state law.

Postage $ 11.19   Attorney for: ____ Telford

The return receipt for mailing to the party was signed on July 11, 2016

To: Jeffrey A Donnell           From: Lisa Nelson
525 Grand Ave #305                    assignee of Shanandoah Trust
Laramie, WY 82070                     229 N Pine Street
                                      Gordon, NE 69343

## ATTACH RETURN RECEIPT & RETURN TO COURT

EXHIBIT A

