IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| LISA NELSON, personally and as assignee of claims belonging to the Shanandoah Trust, H. Telford personally and as assignee to the claims of Marti Lundahl,<br><br>Plaintiff,<br><br>vs.<br><br>MOUNTAIN WEST FARM BUREAU MUTUAL INSURANCE COMPANY; JEFFREY A. DONNELL; GEORGE E. POWERS; LAW OFFICES OF SUNDAHL, POWERS, KAPP & MARTIN, D. CHRISTINSEN, U.S. POSTAL EMPLOYEES SUSAN AUKEMA AND PAMELLA GEE and DOES 1-10 Defendants,<br><br>Defendants. | Case No. 8:16–CV-368<br><br>INDEX OF EVIDENCE IN SUPPORT OF MOTION TO DISMISS |

Defendants George E. Powers and Sundahl Powers Kapp & Martin, LLC hereby submit this Index of Evidence in support of Defendants' Motion to Dismiss. Attached to this Index are true and correct copies of the following:

1. Declaration of George Powers.

Dated this 15th day of August, 2016.

1

2

                GEORGE E. POWERS and SUNDAHL POWERS KAPP & MARTIN, LLC
                Defendants.

By:   s/ Jonathan J. Papik
      Jonathan J. Papik, #24473
      CLINE WILLIAMS WRIGHT
       JOHNSON & OLDFATHER, L.L.P.
      Sterling Ridge
      12910 Pierce Street, Ste. 200
      Omaha, NE 68144
      (402) 397-1700
      jpapik@clinewilliams.com

CERTIFICATE OF SERVICE

    I hereby certify that the foregoing was electronically filed with the Clerk of the Court, using the CM/ECF system, on August 15, 2016, which will send notification of such filing to all counsel of record.

                                s/ Jonathan J. Papik

4814-8524-9590, v. 1