IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| LISA NELSON, personally and as assignee of claims belonging to the Shanandoah Trust, H. Lundahl Telford personally and as assignee to the claims of Marti Lundahl,<br><br>     Plaintiff,<br><br>  V.<br><br>MOUNTAIN WEST FARM BUREAU MUTUAL INSURANCE COMPANY, JEFFREY A. DONNELL, GEORGE E. POWERS, LAW OFFICES OF SUNDAHL, POWERS, KAPP & MARTIN, D. CHRISTINSEN, SUSAN AUKEMA, PAMELLA GEE, U.S. Postal Employees, and DOES 1-10,<br><br>     Defendants. | 8:16CV368<br><br>**MEMORANDUM AND ORDER** |

  Defendant D. Christinsen removed this action from the District Court of Madison County, Nebraska (Filing No 1) on July 28, 2016. The court has reviewed the Notice and has noticed some irregularities. The court questions whether it has jurisdiction over this matter.

  IT IS THEREFORE ORDERED:

  1. Defendant D. Christinsen and Plaintiff Lisa Nelson are ordered to appear before the undersigned United States district judge, in Courtroom No. 2, Robert V. Denney United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska, on **September 19, 2016, at 12:30 p.m.** Failure to appear as ordered may result in the imposition of

sanctions including, but not limited to, the imposition of monetary sanctions, barring one or more of the summoned litigants from prosecuting or defending cases in this court, and dismissal with prejudice of the claims or defenses of one or more of the summoned litigants.

2. The other parties to this action are not required to attend the hearing, but may appear if they so choose.

DATED this 19th day of August, 2016.

                              BY THE COURT:

                              S/ *Richard G. Kopf*
                              Senior United States District Judge