#3

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

2016 AUG 22 PM 1:22

OFFICE OF THE CLERK

Lisa Nelson
229 N. Pine Street
Gordon, NE 69343

