IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| LISA NELSON, personally and as assignee of claims belonging to the Shanandoah Trust, H. Lundahl Telford personally and as assignee to the claims of Marti Lundahl,<br><br>        Plaintiff,<br><br>V.<br><br>MOUNTAIN WEST FARM BUREAU MUTUAL INSURANCE COMPANY, JEFFREY A. DONNELL, GEORGE E. POWERS, LAW OFFICES OF SUNDAHL, POWERS, KAPP & MARTIN, D. CHRISTINSEN, SUSAN AUKEMA, PAMELLA GEE, U.S. Postal Employees, and DOES 1-10,<br><br>        Defendants. | 8:16CV368<br><br>**MEMORANDUM AND ORDER** |

    On August 19, 2016, the ordered Defendant D. Christinsen and Plaintiff Lisa Nelson to appear before the undersigned. (Filing No. 15.) The court explained that it questions whether it has jurisdiction over this matter.

    Subsequently, H. Lundahl Telford ("Telford") contacted the court to advise that she was inadvertently left off the docket sheet in this case. The court has modified the docket sheet to reflect that Telford is a plaintiff in this suit.

    Given the addition of Telford, the court will specifically order her to appear at the previously scheduled hearing.

    IT IS THEREFORE ORDERED:

1. Defendant D. Christinsen and Plaintiffs Lisa Nelson and H. Lundahl Telford are ordered to appear before the undersigned United States district judge, in Courtroom No. 2, Robert V. Denney United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska, on **September 19, 2016, at 12:30 p.m.** Failure to appear as ordered may result in the imposition of sanctions including, but not limited to, the imposition of monetary sanctions, barring one or more of the summoned litigants from prosecuting or defending cases in this court, and dismissal with prejudice of the claims or defenses of one or more of the summoned litigants.

2. The other parties to this action are not required to attend the hearing, but may appear if they so choose.

DATED this 23rd day of August, 2016.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge