IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| LISA NELSON, personally and as assignee of claims belonging to the Shanandoah Trust, H. Lundahl Telford, personally and as assignee to the claims of Marti Lundahl,<br><br>Plaintiffs,<br><br>v.<br><br>MOUNTAIN WEST FARM BUREAU MUTUAL INSURANCE COMPANY; JEFFREY A. DONNELL; GEORGE E. POWERS, LAW OFFICES OF SUNDAHL, POWERS, KAPP & MARTIN; D. CHRISTINSEN; U.S. POSTAL EMPLOYEES SUSAN AUKEMA and PAMELLA GEE and DOES 1-10,<br><br>Defendants. | Case No. 8:16CV368<br><br><br><br>**INDEX OF EVIDENCE IN SUPPORT OF MOTION TO DISMISS OF DEFENDANT MOUNTAIN WEST FARM BUREAU MUTUAL INSURANCE COMPANY** |

Defendant offers the following evidence in support of its Brief in Support of Motion to Dismiss will offer the following:

1. Affidavit of Scott Dawson

Dated this 30 day of August, 2016.

MOUNTAIN WEST FARM BUREAU MUTUAL
INSURANCE COMPANY, Defendant

By: _____
Christopher J. Tjaden #18413
GROSS & WELCH, P.C., L.L.O.
1500 Omaha Tower
2120 South 72nd Street
Omaha, NE 68124
(402) 392-1500
Attorney for Defendant

1

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served upon the following individual(s) by electronic service through the court or by regular United States Mail, postage prepaid, this ___ day of August, 2016 and addressed as follows:

Lisa Nelson
229 N. Pine Street
Gordon, NE 69343

Marti Lundahl
H. Lundahl Telford
935 Wilderness Trail
Green River, WY 82935

Jesse B. Naiman
Assistant Attorney General
Wyoming Attorney General
2320 Capital Avenue
Cheyenne, WY 82002

Stephanie Caldwell
Assistant Attorney General
2115 State Capitol
Lincoln, NE 68509

D. Christinsen
710 South 13th Street #900
PMB #170
Norfolk, NE 68701

_____
Christopher J. Tjaden

13106-1/6AV7613