IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| LISA NELSON, personally and as assignee of claims belonging to the Shanandoah Trust, H. Lundahl Telford, personally and as assignee to the claims of Marti Lundahl,<br><br>Plaintiffs,<br><br>v.<br><br>MOUNTAIN WEST FARM BUREAU MUTUAL INSURANCE COMPANY; JEFFREY A. DONNELL; GEORGE E. POWERS, LAW OFFICES OF SUNDAHL, POWERS, KAPP & MARTIN; D. CHRISTINSEN; U.S. POSTAL EMPLOYEES SUSAN AUKEMA and PAMELLA GEE and DOES 1-10,<br><br>Defendants. | Case No. 8:16CV368<br><br><br><br><br><br>**AFFIDAVIT OF SCOTT DAWSON** |

STATE OF WYOMING   )
                   ) SS:
COUNTY OF ALBANY   )

I, Scott Dawson, being first duly sworn, depose and state as follows:

1. I am above the age of majority, suffer no legal disability, and am competent to testify to the facts stated herein.

2. I have personal knowledge of the facts set forth herein.

3. I am an employee of Mountain West Farm Bureau Mutual Insurance Company ("Mountain West") where I am a Claims Manager for Wyoming and Colorado.

4. Mountain West is a Wyoming corporation.

5. I am familiar with Mountain West's business, including where it is licensed to issue insurance policies, where it issues insurance policies, and where it is registered to do business.

6. Mountain West is not licensed with the Nebraska Secretary of State's office.

7. Mountain West is not registered with the Nebraska Secretary of Insurance.

8. Mountain West does not write policies in the State of Nebraska.

9. Mountain West does not have any insurance agents in the State of Nebraska.

10. Mountain West does not have any offices in the State of Nebraska.

11. Mountain West only issues policies in the States of Wyoming, Montana, and Colorado.

Further affiant sayeth not.

Dated this 29 day of August, 2016.

_____
Scott Dawson

Subscribed and sworn to before me this 29 day of August, 2016.

_____
Notary Public

13106-1/#6AV5733

Carly K Oskroba - Notary Public
County of Albany
State of Wyoming
My Commission Expires December 5, 2018

2