FILED
U.S. DISTRICT
DISTRICT OF NEBRASKA
2016 SEP -6 PM 12: 51
OFFICE OF THE CLERK

Lisa Nelson
229 North Pine Street
Gordon, NE 69343

------------------------------------------------------

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
ROMAN L. HRUSKA U.S. COURTHOUSE
111 S. 18TH PLAZA, SUITE 1152
OMAHA, NE 68102-1322

OFFICIAL BUSINESS

Hasler
08/09/2016
US POSTAGE $00.46⁵
FIRST-CLASS MAIL
ZIP 68102
011D11638451

RECEIVED
SEP 6 2016
CLERK
U.S. DISTRICT COURT

RETURN TO SENDER
NO LONGER AT THIS ADDRESS

NELSON LISA
359 E 900 S
SALT LAKE CTY UT 84111-4331

NIXIE   841114326-1N   08/31/16
RETURN TO SENDER
UNABLE TO FORWARD
UNABLE TO FORWARD
RETURN TO SENDER