IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| LISA NELSON, personally and as assignee of claims belonging to the Shanandoah Trust, H. Lundahl Telford personally and as assignee to the claims of Marti Lundahl, and H. LUNDAHL TELFORD,<br><br>    Plaintiffs,<br><br>  v.<br><br>MOUNTAIN WEST FARM BUREAU MUTUAL INSURANCE COMPANY, JEFFREY A. DONNELL, GEORGE E. POWERS, LAW OFFICES OF SUNDAHL, POWERS, KAPP & MARTIN, D. CHRISTINSEN, SUSAN AUKEMA, PAMELLA GEE, U.S. Postal Employees, and DOES 1-10,<br><br>    Defendants. | 8:16CV368<br><br>MEMORANDUM<br>AND ORDER |
| E.H. NEILSON,<br><br>    Plaintiff,<br><br>  v.<br><br>HSBC, BENEFICIAL WYOMING, INC., WADE WALDRIP, Judge, JAMES BELCHER, LAW OFFICE OF CROWLEY AND FLECK, UNITED STATES POSTAL SERVICE, K.S. CHRISTIANSEN, and DOES 1-10,<br><br>    Defendants. | 4:16CV3093<br><br>MEMORANDUM<br>AND ORDER |

  At my request, a Deputy United States Marshal took photographs of unrepresented persons appearing at hearings held on September 19, 2016, in relation to the above entitled cases. Copies of those photographs are attached. A record should be made of the physical appearance of such

persons.

       IT IS ORDERED that the Clerk shall file the attached together with this order.

 DATED this 26th day of September, 2016.

                                         BY THE COURT:

                                         s/ *Richard G. Kopf*
                                         Senior United States District Judge
                                         and Pro Se Docket Supervisor

NELSON v. MOUNTAIN WEST FARM BUREAU MUTUAL INSURANCE CO., et al.
CASE NO. 8:16CV368



Brenda Burton
Taken at court hearing held on September 19, 2016
Robert V. Denney United States Courthouse and Federal Building, Lincoln, NE

NELSON v. MOUNTAIN WEST FARM BUREAU MUTUAL INSURANCE CO., et al.
CASE NO. 8:16CV368



Defendant D. ("Dillon") Christinsen
Taken at court hearing held on September 19, 2016
Robert V. Denney United States Courthouse and Federal Building, Lincoln, NE

NELSON v. MOUNTAIN WEST FARM BUREAU MUTUAL INSURANCE CO., et al.
CASE NO. 8:16CV368



Plaintiff H. Lundahl Telford
Taken at court hearing held on September 19, 2016
Robert V. Denney United States Courthouse and Federal Building, Lincoln, NE

NELSON v. MOUNTAIN WEST FARM BUREAU MUTUAL INSURANCE CO., et al.
CASE NO. 8:16CV368



Steven Fritts
Taken at court hearing held on September 19, 2016
Robert V. Denney United States Courthouse and Federal Building, Lincoln, NE

NEILSON V. HSBC, et al.
CASE NO. 4:16CV3093-RGK-PRSE



Anthony Keynon Cross
Taken at court hearing held on September 19, 2016
Robert V. Denney United States Courthouse and Federal Building, Lincoln, NE

NEILSON V. HSBC, et al.
CASE NO. 4:16CV3093-RGK-PRSE



Plaintiff E.H. "Elham" Neilson
Taken at court hearing held on September 19, 2016
Robert V. Denney United States Courthouse and Federal Building, Lincoln, NE