IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| LISA NELSON, personally and as assignee of claims belonging to the Shanandoah Trust, H. Lundahl Telford personally and as assignee to the claims of Marti Lundahl, and H. LUNDAHL TELFORD, <br><br>        Plaintiffs, <br><br>   v. <br><br>MOUNTAIN WEST FARM BUREAU MUTUAL INSURANCE COMPANY, JEFFREY A. DONNELL, GEORGE E. POWERS, LAW OFFICES OF SUNDAHL, POWERS, KAPP & MARTIN, D. CHRISTINSEN, SUSAN AUKEMA, PAMELLA GEE, U.S. Postal Employees, and DOES 1-10, <br><br>        Defendants. | 8:16CV368 <br><br> MEMORANDUM AND ORDER |
| E.H. NEILSON, <br><br>        Plaintiff, <br><br>   v. <br><br>HSBC, BENEFICIAL WYOMING, INC., WADE WALDRIP, Judge, JAMES BELCHER, LAW OFFICE OF CROWLEY AND FLECK, UNITED STATES POSTAL SERVICE, K.S. CHRISTIANSEN, and DOES 1-10, <br><br>        Defendants. | 4:16CV3093 <br><br> MEMORANDUM AND ORDER |

| | | |
|---|---|---|
| LOGAN LUNDAHL, and HOLLI TELFORD, | ) ) ) | |
| Plaintiffs, | ) ) | 4:15CV3133 |
| V. | ) ) | |
| STEPHEN DUNN, DUSTIN SMITH, JEFF SEMRAD, DIXIE HUBBARD, JAIME DE ANDA, ONEIDA COUNTY, US BANK, LAW OFFICES OF MERRILL AND MERRILL, KIMBERLEY JOHNSON, DETECTIVE SCHWARTZ, DOUG WILLIAMS, DAVID NYE, CRAIG CHRISTENSEN, FIRST AMERICAN TITLE INSURANCE COMPANY, B J BROWN, SHARON HESS, DOES 1-10, KEY BANK, LON COLTON, and KENT HIGGINS, | ) ) ) ) ) ) ) ) ) ) ) ) | MEMORANDUM AND ORDER |
| Defendants. | ) | |
| | | |
| HOLLIE TELFORD, and STEVEN FRITTS, | ) | |
| Plaintiffs, | ) ) ) | 4:16CV3147 |
| V. | ) ) | |
| UNITED STATES OF AMERICA, MOUNTAIN WEST FARM BUREAU INSURANCE COMPANY, GEORGE POWERS, LAW OFFICE OF SUNDAHL, POWERS, KAPP AND MARTIN, LLC, SUSAN AUKEMA, PAMELA GEE, LEA BONNECAZE, and DOES 1-10, | ) ) ) ) ) ) ) | MEMORANDUM AND ORDER |
| Defendants. | | |

2

| | | |
|---|---|---|
| LOGAN LUNDAHL, and HOLLI LUNDAHL, | ) ) ) | |
| Plaintiffs, | ) ) | 4:16CV3000 |
| V. | ) ) | |
| MEL HOFFMAN, LOS ANGELES HOME-OWNERS AID, INC., LAW OFFICES OF MCKAY, BURTON AND THURMAN, JEREMY SINK, WILLIAM THURMAN, MARLENE TELFORD, GLENNA GOTTFREDSON, WELLS FARGO BANK, J. SEMRAD, ED NELSON, KRISTI GOULD, and DOES 1-10 INC., | ) ) ) ) ) ) ) ) ) | MEMORANDUM AND ORDER |
| Defendants. | ) ) | |

| | | |
|---|---|---|
| HEIDI BELL, JARED LUNDAHL, LOGAN LUNDAHL, BRIGHAM LUNDAHL, H. LUNDAHL, and TELFORD-LUNDAHL TRUST, dated June 15, 1993 Administered from the State of Nebraska, | ) ) ) ) ) ) | |
| Plaintiffs, | ) ) ) | 7:16CV5001 |
| V. | ) ) | |
| THE GERALD AND MARY LUNDAHL LIVING TRUST, (Now Irrevocable) Dated April 19, 2005, MARY ANN HADLEY-LUNDAHL, LAW OFFICES OF BROCK, MARTIN & VOORHEES, PC, KENDRA MARIE WALKER, and BRIAN DAVID HADLEY, | ) ) ) ) ) ) ) ) | MEMORANDUM AND ORDER |
| Defendants. | ) ) | |

3

The court acknowledges that it received the documents attached to this order by fax on October 1, 2016. These documents will not be treated as pleadings in these actions, but rather as correspondence with the court.

DATED this 3rd day of October, 2016.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge
and Pro Se Docket Supervisor