IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| LISA NELSON, personally and as assignee of claims belonging to the Shanandoah Trust; H. LUNDAHL TELFORD personally and as assignee to the claims of Marti Lundahl, | ) ) ) ) ) ) | 8:16CV368 |
| Plaintiffs, | ) ) ) | ORDER |
| v. | ) ) | |
| MOUNTAIN WEST FARM BUREAU MUTUAL INSURANCE COMPANY; JEFFREY A. DONNELL; GEORGE E. POWERS; LAW OFFICES OF SUNDAHL, POWERS, KAPP & MARTIN; D. CHRISTINSEN; U.S. Postal Employees SUSAN AUKEMA, PAMELLA GEE; and DOES 1-10, | ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

IT IS ORDERED that Filing No. 61, the motion of Defendants George E. Powers and Law Offices of Sundahl, Powers, Kapp & Martin to withdraw the appearance of Andrew D. Strotman as an attorney of record for said Defendants, is granted. Said Defendants shall continue to be represented by Jonathan J. Papik.

DATED this 13th day of March, 2017.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge