IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| LISA NELSON, personally and as assignee of claims belonging to the Shanandoah Trust; H. LUNDAHL TELFORD personally and as assignee to the claims of Marti Lundahl,<br><br>        Plaintiffs,<br><br>  v.<br><br>MOUNTAIN WEST FARM BUREAU MUTUAL INSURANCE COMPANY; JEFFREY A. DONNELL; GEORGE E. POWERS; LAW OFFICES OF SUNDAHL, POWERS, KAPP & MARTIN; D. CHRISTINSEN; U.S. Postal Employees SUSAN AUKEMA, PAMELLA GEE; and DOES 1-10,<br><br>        Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | 8:16CV368<br><br><br><br>ORDER |

     IT IS ORDERED that Filing No. 62, Defendant Jeffrey A. Donnell's motion to substitute Tori R. A. Kricken, in her official capacity as District Court Judge, Second Judicial District, Albany County, Wyoming, as a party defendant in place of Judge Donnell is granted.

     DATED this 13th day of March, 2017.

                                     BY THE COURT:

                                     s/ *Richard G. Kopf*
                                   Senior United States District Judge