FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

2019 FEB 26 PM 1:18

OFFICE OF THE CLERK

Lisa Nelson
229 North Pine Street
Gordon, NE 69343

---

**RECEIVED**

FEB 2 6 2019

CLERK
U.S. DISTRICT COURT

**OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT**
ROMAN L. HRUSKA U.S. COURTHOUSE
111 S. 18TH PLAZA, SUITE 1152
OMAHA, NE 68102-1322

OFFICIAL BUSINESS

OMAHA NE 680
19 FEB '19
PM 1 L



**RECEIVED**
FEB 2 6 2019
CLERK
U.S. DISTRICT COURT

Hasler
02/19/2019
US POSTAGE $00.50⁰
FIRST-CLASS MAIL
ZIP 68508
011D11644472

NIXIE     681    DE 1         0002/25/19
      RETURN TO SENDER
   NO MAIL RECEPTACLE
   UNABLE TO FORWARD
BC: 68102207799     *1335-11831-19-44