Case: 8:16cv368

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

2019 FEB 28 PM 12: 54

RECEIVED OFFICE OF THE CLERK

FEB 28 2019

CLERK
U.S. DISTRICT COURT

Doc # 71

H. Lundahl Telford
935 Wilderness Trail
Green River, WY 89235

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
ROMAN L. HRUSKA U.S. COURTHOUSE
111 S. 18TH PLAZA, SUITE 1152
OMAHA, NE 68102-1322

OFFICIAL BUSINESS

OMAHA
NE 680
19 FEB '19
PM 1 L

Hasler
02/19/2019
US POSTAGE

FIRST-CLASS MAIL
$00.50⁰



ZIP 68508
011D11644472

RECEIVED
FEB 28 2019
CLERK
U.S. DISTRICT COURT

NIXIE          684       FE  1           0007/24/19
              RETURN TO SENDER
           NOT DELIVERABLE AS ADDRESSED
                UNABLE TO FORWARD
           BC: 68102152277        *1555-11527-19-44